UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA J. HYSLOP,

    Plaintiff,                        Case No. 1:11-CV-734

v.                                          HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Hugh W. Brenneman's March 21, 2014 Report and Recommendation recommending that the matter be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g). The magistrate judge found that the ALJ did not follow the appropriate procedures for evaluating Plaintiff's fibromyalgia, did not articulate his reasons for rejecting Dr. Kocharla's opinion, and did not address the extent of Plaintiff's mental impairment.

The Report and Recommendation was duly served on the parties on March 21, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued March 21, 2014 (docket no. 25), is **ADOPTED** as the Opinion of the Court. This matter is remanded to the Commissioner for further proceedings consistent with this Order.

Dated: April 10, 2014                                        /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE