UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA J. HYSLOP,

        Plaintiff,                            Case No.  1:11-CV-734

v.                                            Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 3, 2014 and served on the parties the same date.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 3, 2014, is approved and adopted as the opinion of the court, and Plaintiff is awarded $2,493.75 in attorney fees and $268.69 in costs.

Dated:  November 25, 2014                                /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE